```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 34578
   DEBORAH ESPY
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-1715
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/17/04 and confirmed on 12/14/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  32322.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
```
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---
GRP FINANCIAL SERVICES   CURRENT MORTG          .00             .00            .00
GRP FINANCIAL SERVICES   MORTGAGE ARRE     14095.80             .00       14095.80
CAPITAL ONE FINANCIAL    UNSECURED           791.13           73.33         791.13
ECAST SETTLEMENT CORPORA UNSECURED         12727.59         1178.59       12727.59
SUBURBAN HEIGHTS MEDICAL UNSECURED         NOT FILED            .00            .00
         Summary of disbursements:
---
                   SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
---
TOTAL CLMS ALLOWED   14095.80        .00     13518.72          .00      27614.52
PRINCIPAL PAID       14095.80        .00     13518.72          .00      27614.52
INTEREST PAID             .00        .00      1251.92          .00       1251.92
TOTAL PAID           14095.80        .00     14770.64          .00      28866.44
```
The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2858.00
and was paid $   1000.00  direct and $   1858.00  through the plan.

The Trustee received $   1142.61 .

Refunds to the Debtor totaled $    454.95 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/14/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                                        PAGE   2
       CASE NO. 04 B 34578 DEBORAH ESPY
```